UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENIA JACKELINE MERLOS,<br><br>     Petitioner,<br><br> v.<br><br>KRISTI NOEM, *et al.*,<br><br>     Respondents. | Case No. C25-1309-TL-SKV<br><br>ORDER ESTABLISHING DEADLINE FOR FILING OF AMENDED PETITION |

This is a federal habeas action proceeding under 28 U.S.C. § 2241. On July 13, 2025, Petitioner, through counsel, filed a petition for writ of habeas corpus alleging that she was at immediate risk of removal from the United States by U.S. Customs and Border Protection ("CBP") and/or U.S. Immigration and Customs Enforcement ("ICE"), and that Respondents were violating her rights by restricting her access to counsel. *See* Dkt. 1. The following day, July 14, 2025, Petitioner filed a motion for temporary restraining order seeking to enjoin Respondents from removing her without first giving her an opportunity to consult with counsel. Dkt. 2. Petitioner's motion was granted pending a response from Respondents and a hearing was scheduled for July 18, 2025. Dkt. 3.

On July 16, 2025, Petitioner filed a motion to withdraw her motion for temporary restraining order as counsel had by then been able to make contact and consult with her. *See* Dkt. 5. Petitioner also indicated in her motion that she intended to file an "Amended Complaint and Petition." *See id.* Petitioner's motion to withdraw the motion for temporary restraining order was granted and the hearing was stricken. *See* Dkt. 6. To date, however, Petitioner has filed no amended pleading, and it is unclear whether she intends to pursue this federal habeas action further.

Accordingly, the Court hereby ORDERS as follows:

(1) If Petitioner intends to pursue this action, she shall file an amended pleading not later than **August 29, 2025**. If Petitioner does not intend to pursue this action, she shall file a notice of voluntary dismissal by the same date. If the Court does not receive either an amended pleading or a notice of voluntary dismissal by the designated date, the undersigned will recommend that this action be dismissed for failure to prosecute.

(2) The Clerk is directed to send copies of this Order to all counsel record and to the Honorable Tana Lin.

Dated this 15th day of August, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

- 2