UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENIA JACKELINE MERLOS,<br><br>      Petitioner,<br><br> v.<br><br>KRISTI NOEM, *et al.*,<br><br>      Respondents. | Case No. C25-1309-TL-SKV<br><br>REPORT AND RECOMMENDATION |

  This is a federal habeas action filed under 28 U.S.C. § 2241. On July 13, 2025, Petitioner, through counsel, filed a petition for writ of habeas corpus alleging that she was at immediate risk of removal from the United States by U.S. Customs and Border Protection ("CBP") and/or U.S. Immigration and Customs Enforcement ("ICE"), and that Respondents were violating her rights by restricting her access to counsel. *See* Dkt. 1. The following day, July 14, 2025, Petitioner filed a motion for temporary restraining order seeking to enjoin Respondents from removing her without first giving her an opportunity to consult with counsel. Dkt. 2. Petitioner's motion was granted pending a response from Respondents and a hearing was scheduled for July 18, 2025. Dkt. 3.

REPORT AND RECOMMENDATION
PAGE - 1

On July 16, 2025, Petitioner filed a motion to withdraw her motion for temporary restraining order as counsel had by then been able to make contact and consult with her. *See* Dkt. 5. Petitioner also indicated in her motion that she intended to file an "Amended Complaint and Petition." *See id.* Petitioner's motion to withdraw the motion for temporary restraining order was granted the same day and the hearing was stricken. *See* Dkt. 6. However, no amended petition was forthcoming.

Thus, on August 15, 2025, this Court issued an Order establishing a deadline for Petitioner to file an amended petition. Dkt. 7. Petitioner was advised therein that if she intended to pursue this action, she would need to file an amended pleading not later than August 29, 2025. *Id.* at 2. Petitioner was further advised that if she did not intend to pursue this action, she should file a notice of voluntary dismissal by the same date. *Id.* Finally, Petitioner was advised that if the Court did not receive either an amended pleading or a notice of voluntary dismissal by the designated date, it would recommend this action be dismissed for failure to prosecute. *Id.*

To date, Petitioner as not responded in any fashion to this Court's August 15th Order. As Petitioner has had ample time to file an amended petition and has not done so, and as Petitioner has not otherwise communicated her intentions to the Court regarding this action, the Court presumes Petitioner has abandoned this action and therefore recommends the action be dismissed for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may

be filed by the day before the noting date. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 23, 2025**.

DATED this 2nd day of October, 2025.

S. KATE VAUGHAN
United States Magistrate Judge