# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KENIA JACKELINE MERLOS,<br><br>                Petitioner,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>                Respondents. | Case No. C25-1309-TL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 8), Petitioner's Response to the Report and Recommendation agreeing to the recommended dismissal (Dkt. No. 9), and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable S. Kate Vaughan.

DATED this 16th day of October 2025.

TANA LIN
United States District Judge

ORDER DISMISSING ACTION - 1